# Exhibit B








# Unleash the power of location

Transform your business with rich location data, intelligent solutions and powerful tools on our platform

**Explore products**   **Try for free**







### Automotive

Drivers have access to more information than ever by leveraging this is the key to faster, safer and more enjoyable journeys. Discover how location data can power the connected, autonomous driving experience.

**Learn more**

### Public Sector & Infrastructure

Overcoming the challenges of today will create the smart cities of tomorrow. Improve city living with location intelligence that reduces traffic, improves safety and empowers people to move in new and better ways.

**Learn more**



### Transportation & Logistics

Your customers now expect a seamless 24/7 delivery environment. We can help you build the best process from order to shipping to the last mile. Minimize disruptions and delays using real-time location data.

**Learn more**

## Built for developers, trusted by global organizations

See why HERE ranked #1 in the Ovum Location Platform Index, for the second year running.

**Download Ovum report**   **Contact sales**

## Unlock the power of your location data



Use case
### Supply Chain Optimisation
From the warehouse to the customer, full visibility of your supply chain is now a reality.




Use case
### Marketing and Advertising
Apply location intelligence to your advertising for greater message accuracy and efficiency.




Use case
### Urban Mobility
Provide seamless and connected multi-modal journeys for your customers and passengers.


## Ready to get started?



### Start building
HERE offers comprehensive support and documentation for JavaScript, REST and native mobile applications. Start a free trial of our API's today.
**Sign up for free**

### Update your vehicle map
Powered by HERE, Navigation.com is the exclusive online map update retailer for the world's leading automotive brands.
**Update my map**

### Find a product
A range of products to elevate your business.
**Explore products**

### How can we help your business?

Our platform provides comprehensive mapping content, an integrated suite of solutions, services and development tools and a marketplace for data to solve your complex location-based problems.

Fill out the form and one of our experts will guide you on how location technology can help deliver results for your business.

Industry *
First Name *   Last Name *
Company Name *   Work Email *
Country/Territory *   Phone Number *
Message *

☑ I would like to receive relevant updates from HERE Technologies by email.

**Submit**

---



**HERE.com**

About us
Careers
HERE Offices
Brand Guidelines
Suppliers
Contact us

GDPR Statement & FAQ
Consent Preferences
Legal
Security
Privacy & Cookie Policy
Privacy Charter

Code of Conduct
Drive Schedule
HERE WeGo Map
Map Community
Map Updates
Do not sell



© 2020 HERE




