# Exhibit C

# Fleet Telematics

Go beyond simple A to B routing and increase fleet performance with advanced real-time data

[Contact us] [Get started for free]

## Transform your fleet management

The old way of recording mileage and processing driving times is over.

Fleet Telematics automates this process, with one of the most advanced and intuitive algorithms in the industry.

Data feeds from your vehicles are combined with our advanced algorithms to create actionable intelligence. This helps you make faster, smarter decisions for your fleet.

Track transit times, toll charges and routes with the help of Fleet Telematics. From locally enforced speed limits, to inclines and curves on the road – you'll be well-informed of the factors that impact performance, and how to improve the safety of your drivers, cut costs and speed up operations.

---

**Built with HERE**

### See how Eleos merges location technology and driver knowledge into fleet software

▶ Play video

---

**Key differentiators**

## Boost performance with advanced algorithms

**01 / 03**

### Improve efficiency

Track key aspects of your fleet's performance and spot issues as they appear. Fleet Telematics helps you record journey and route data, including location, rest times and road conditions, in real-time.

**02 / 03**

### Keep your drivers safe

Help drivers avoid accidents or breakdowns by keeping dispatch and fleet in direct communication, for new route suggestions and to bypass hazards.

**03 / 03**

### Reduce costs

Make cost-effective decisions and create custom routes for cheaper and shorter journeys. Calculate toll and fuel costs, while factoring in local speed limits, rest stops and desired arrival time.

---

## Ready to get started?

| Let's talk | Get started today | Need more insight? |
|---|---|---|
| Improve your fleet's performance with our data and insights. | Gain greater control managing fleets with advanced algorithms. | Learn how location services boost efficiency and lower costs. |
| [Contact us] | [Get Started today] | [Download eBook] |

---

## Product applications

**Use cases**
- Fleet Utilization
- Supply Chain Optimization

**Industries**
- Fleet Management
- Last Mile Service and Delivery
- Transport Management Systems

---

## Developer benefits

**Ready-to-use tools**
Easily match GPS data to a road network, change geometries, modify road restrictions and more.

**Advanced data sets**
Integrate HERE map attributes such as truck speed limits, road inclines, blackspots and traffic lights.

**Easy data upload**
Display your data on HERE maps via easy admin tools for storage, upload and management.

---

**Resources**

## Dig deeper

**📄 Tech documentation**
Get the docs and code examples you need to get started.
[TEST]

**📄 One-pager**
Learn how Fleet Telematics can improve your fleet's performance.
[Download now (290.6 KB)]

**📄 Spec sheet**
Get the technical details of the key features and product capabilities of Fleet Telematics.
[Download now (330.4P KB)]

---

**Related articles**

## Latest from HERE 360 blog

| Fleet management | 9 Jan 2018 |
| Three ways HERE and SAP help developers, drivers and fleet managers | [Read more] |

| Automotive | 25 Aug 2017 |
| How HERE location data helps Lytx to protect over 650,000 drivers | [Read more] |

| Fleet management | 7 Aug 2017 |
| Oracle makes transportation visibly simpler with HERE | [Read more] |

---

**Related products**

## More products like Fleet Telematics

**Location Services**
### Maps
Highly accurate maps, available worldwide
[Explore product]

**Location Services**
### Routing
Intelligent routing algorithms for safe and efficient journeys
[Explore product]

**Location Services**
### Traffic
Highly accurate traffic data that decreases congestion, reduces accidents and improves navigation for drivers.
[Explore product]

---

## Ready to get started?

| Let's talk | Get started today | Need more insight? |
|---|---|---|
| Improve your fleet's performance with our data and insights. | Gain greater control managing fleets with advanced algorithms. | Learn how location services boost efficiency and lower costs. |
| [Contact us] | [Get Started today] | [Download eBook] |

---
**HERE.com**

- About us
- Careers
- HERE Offices
- Brand Guidelines
- Suppliers
- Contact us

- GDPR Statement & FAQ
- Consent Preferences
- Legal
- Security
- Privacy & Cookie Policy
- Privacy Charter

- Code of Conduct
- Drive Schedule
- HERE Media Map
- Map Community
- Map Updates
- Do not sell

© 2020 HERE