# Exhibit D



Case 1:20-cv-00752-UNA Document 1-5 Filed 06/04/20 Page 2 of 16 PageID #: 74

# The true value of location in today's fleet solutions

Using location services to boost efficiency, safety, and customer satisfaction

Businesses worldwide are being pushed to enhance customer service while streamlining costs and processes. For companies operating vehicle fleets —from trucks to taxis—this means they must reduce operating costs, improve delivery performance, and use their existing assets more efficiently.

Fleet managers look to their solution providers to help them meet these challenges while also preparing for future growth. This puts pressure on solution providers to equip their offerings with the richness, scalability, flexibility, and capabilities to deliver compelling value-add services.

With more than 30 years' experience in delivering location tools and data, HERE provides you with the planning, routing, tracking, navigation, and safety tools to boost efficiency and enhance satisfaction for your customers.

## About this book

This e-book is for everyone who is developing innovative fleet solutions that overcome management challenges and help customers gain a competitive advantage. It details a variety of planning, routing, tracking, navigation, and safety use cases, which are powered by maps and location services created by HERE.

As a leading global provider of maps and location services for automotive, consumer, enterprise, and government markets, HERE creates tools that drive many of the world's service providers, empowering transportation and logistics companies to cut costs, increase efficiency, and exceed customer expectations.

HERE empowers service providers and service providers empower transport and logistics companies.

Your customers have a choice when it comes to which Fleet Management solution to deploy. This eBook outlines five key ways that you can add value to your offering and make sure it maintains a competitive edge:

1. Optimize routing with data specific to heavy commercial fleets

2. Increasing asset utilization with real-time data

3. Helping customers meet their Service Level Agreements (SLAs) with better Estimated Times of Arrival (ETAs)

4. Lowering operational costs with efficient routing

5. Enhancing driver experience and safety with on-board features



# 01.
# Optimize routing with data specific to heavy commercial fleets



When managing large commercial fleets, it's essential that each vehicle gets where it needs to be, on time and on budget. Delays caused by diversions, roadworks or changes in itinerary are not only expensive for the fleet operator in terms of fuel and driver time/wages, but they can also risk company reputation through missed SLAs. They can even be dangerous if, for example, a large truck tries to drive down a narrow country road and gets stuck.

Many navigation tools don't take size, weight and other restrictions specific to trucks into account when they plan a route, meaning companies that use them may require dispatchers to do a lot of manual checking to ensure a route is safe. Alternatively the burden may fall on the driver to work out the best alternative if their planned route is closed, and when they're a long way from home this may come down to guess work.

HERE is the only location service provider with exclusive truck routing, which makes it possible to plan optimal routes based on truck attributes like maximum height and weight clearance.

3

# With HERE Technologies, your solution can empower heavy commercial fleet customers to:

- **Optimize each route for truck-specific attributes** which include all physical, legal and hazmat restrictions and truck speed profiles.

- **Configure destinations** along the route, such as pick-up and drop-off points, in an optimal sequence considering traffic conditions, vehicle profile, etc.

- **Gain additional insight** about the road with traffic lights, height, slope, and road geometry, speed limits etc. along the planned route.

- **Track mobile assets** with greater insight on truck restrictions around their current locations.



# You can build these capabilities into your solution using the HERE Platform and our high quality map data.

- **Waypoints Sequence Extension:** Create the optimal sequence of a given set of waypoints based on time or distance traveled, and take into account specific delivery timeslots at individual drop-off locations. This enables dispatchers to improve asset utilization by calculating the optimal route sequence for one vehicle, and to re-sequence routes as requirements change.

- **Truck Attributes Layer:** Plan for truck routing using a rich set of truck-specific attributes for the transport and logistics industry. Truck attributes include physical, legal and hazmat restrictions, displayed by type and value (eg. bridge height 4.5m).

- **Truck Routing Layer:** Improve route calculations through visibility of restrictions applicable to trucks.

- **HERE Geocoder:** Accurately track vehicles and trucks using reverse geocoding, which turns current locations into points on the map.

### Customer Success: Frotcom

Based in Portugal, Frotcom has created a fleet management application that is used by customers around the world. It uses the HERE Platform for Business to enable truck routing and navigation for drivers, helping to ensure that customers' large trucks always take the safest, most efficient route.

4

# 02.
# Increase asset utilization with real-time data



Each fleet vehicle is a revenue-generating asset. If it's on the road doing its job, it's contributing to company income. However, if it's stationary—in a warehouse or stuck in traffic—the company may lose out. A delayed service or missed SLA can impact revenue and incur higher operating costs. Fleet managers responsible for a finite number of fleet assets must therefore ensure each one is utilized as efficiently as possible. This is particularly important in the light fleet/delivery market, such as grocery delivery or ride-hailing services, but it is also an important concern for heavy fleet organizations, especially those that provide transit capacity on-demand.

Effective fleet planning ensures that a company's fixed number of available vehicle assets are optimized for uptime availability and assigned the most efficient route sequences. It also helps dispatchers ensure that each vehicle is able to make the maximum safe number of journeys per day or per driver shift. To do this, fleet managers need real-time tracking to know where their fleet vehicles are, if they are where they should be, and which are nearest to new destination addresses.

Unlike other location service providers, HERE offers access to real-time data such as split-lane traffic information, traffic safety alerts, and weather, allowing your customers to make better decisions and increase asset utilization.

5

Help your customers optimize routes to achieve lower fuel costs, reduced emissions, less asset wear-and-tear, and reduced driver hours of service.



Optimal routes ensure lower fuel costs, reduced emissions, less asset wear-and-tear, and reduced driver hours of service

By leveraging its capabilities in your solution, you can enable them to:

- **Plan for better allocation of resources** by generating isoline polygons based on drive times and distances. Optimize for uptime availability and assigning the most efficient route sequences.

- Optimize routes for traffic to calculate **more accurate ETAs**

- Gain **additional insight about the road** with traffic lights, height, slope, and road geometry, speed limits, etc. along the planned route.

- **Visualize mobile assets** on accurate, comprehensive and highly interactive maps with traditional and specialized map views that are built for fleet management applications.

- **Configure destinations** along the route, such as pick-up and drop-off points, in an optimal sequence considering traffic conditions, vehicle profile, etc.

- **Increase business profitability** through more efficient use of fleet and reduced downtime, and the use of traffic-enabled routing.

**Customer Success: Geotab**

Geotab is a leading fleet tracking solution provider in North America. Using Basic Routing and Speed Limits content from the HERE Platform for Business, it provides its customers with a premium, enterprise-grade solution for tracking and routing. It also offers real-time speed limit violation alerts for drivers using its mobile app.

**Customer Success: EasyTaxi**

EasyTaxi is a taxi and e-hailing business with operations in over 30 countries. It integrated the HERE Platform into its solution, leveraging the traffic, geocoding and routing capabilities to improve accuracy by 50%. Within the first six months, drivers reported that they could better pinpoint exact addresses.

You can build these capabilities into your fleet and asset management solution using the following components of the HERE Platform for Business:

- **Traffic and Weather-enabled Matrix Routing:** Visualize real-time traffic and weather conditions along the route to optimize assets for the entire fleet.

- **Waypoints Sequence Extension:** Calculate optimal route sequences for one truck or delivery van.

- **Geofence Extension:** Know when moving assets enter or leave a geographic area. Use calculated isoline (drive-time) areas, buffered route corridors and HERE boundaries (administrative, postal, census) as geofence shapes.

- **HERE Geocoder:** Use isoline routing and reverse geocoding to let fleet managers accurately track their vehicles and select the nearest one that can be dispatched to a new delivery address. Improve destination address input and mapping.

- **Isoline Routing Layer:** Plan for better driver and vehicle allocation by generating areas based on set drive times or distances. Identify the truck, delivery van or service vehicle closest to each new location to reach destinations faster.

- **Toll Cost Extension:** Calculate an accurate estimate of trip costs, taking into account various vehicle profiles and toll systems.

6

# 03.
# Help customers meet their service level agreements with better ETAs



Whether they're taking tons of stock to a warehouse, or delivering pizza to students working late, your customers need to be on time. For heavy vehicle fleets, this may be because the truck needs to deliver containers to a port in time for loading onto a ship, and must avoid the penalty charges that are imposed for early or late arrival. For a light fleet, the need to keep to schedule may be driven by increasingly high expectations around customer experience and quality of service.

Many fleet operators therefore commit to strict SLAs with their end customers, guaranteeing to provide and stick to an ETA for each journey.

The ability to accurately meet scheduled ETAs while maximizing asset utilization and calculating the greatest route efficiency retains customers and saves money. As more fleet solution providers add routing to their set of capabilities, a key differentiator will be your ability to help them calculate the best ETAs.

With the largest coverage of the global road network, speed limits and traffic-enabled routing, HERE enables your customers to calculate and communicate more accurate ETAs and shipping costs to help improve end-user satisfaction.

7

# Using HERE technologies in your fleet management solution helps your customers make sure they never miss a deadline.

- Plan for **better ETAs** by taking as input current traffic flow conditions and historical traffic patterns.
- **Monitor and influence driver speeds**, alerting them to speed limit restrictions when required.
- Get the **highest level of destination selection** and "to the door" arrival accuracy and ensure that their customer's on-time arrival requirements are always met.



Keep heavy fleets on schedule with real-time ETA updates to drivers



Communicate with light fleet operators to plan new deliveries and set ETAs quickly and accurately

## For heavy fleet and trucks:

- Meet committed delivery windows.
- Accurately calculate each driver's daily hours of service, including finding parking at the end of day, helping avoid fines and keep drivers safe.
- Support Just-in-Time Delivery for Agile Manufacturing scenarios.
- Avoid time delays and fines for lengthy waits at large logistics hubs.
- Increase asset utilization by ensuring each vehicle can make the maximum possible journeys per day.

## For light fleet and local deliveries:

- Hit time windows to ensure customer satisfaction.
- Optimize asset utilization– one more pick-up or delivery per day can yield big rewards.
- Track and continuously improve delivery process and drive times.

8

# Take advantage of HERE's rich features and functionality to build strong ETA capabilities into your fleet management solutions:

- **HERE Traffic:** A key component in calculating the most accurate ETAs. HERE offers real-time traffic flow and incidents, predictive traffic flow, historic traffic patterns, and innovations such as split-level traffic, reversible lanes, and traffic safety alerts.

- **Isoline Routing Layer:** Plan for better driver and vehicle allocation by generating areas based on set drive times or distances. Identify the truck, delivery van or service vehicle closest to each new location to reach destinations faster.

- **Truck Routing Layer:** Calculate the best route for each truck or delivery vehicle by optimizing for truck-specific attributes, including all physical, legal, and hazmat restrictions and truck speed profiles.

- **Waypoint Sequence Extension:** Configure all the pick-up and drop-off points along the route taken by one truck or delivery van in an optimal sequence given traffic conditions and the profile of the vehicle, taking into account delivery/pick-up time windows.

- **HERE Routing API:** Calculate accurate ETAs for each truck or delivery vehicle by optimizing for current traffic flow conditions, speed profiles, and historical patterns. Use real-time traffic conditions for the first 60 minutes of a route, and historical patterns beyond 60 minutes or for routes planned for the future.

- **HERE Geocoder and Geofencing:** The HERE Reverse Geocoding Service accurately tracks the real-time location of vehicles, trucks and goods. The HERE Geofencing Extension defines virtual perimeters around pick-up or delivery locations based on drive-time areas, and automatically alerts customers with updated ETAs when a truck or delivery vehicle has entered the virtual perimeter.

- **HERE Mobile SDK and Fleet Connectivity:** Develop your own mobile navigation applications, and provide true offline usage and access real-time, voice-guided turn-by-turn instructions for vehicles and trucks, including dynamic ETAs. The HERE Fleet Connectivity Extension connects the back-end system and the navigation application running on the driver's handheld device and enables your customers to monitor all driver ETAs, automatically updating as traffic conditions change. Communication between dispatcher and driver improves as a result.

**Customer Success: Fleetboard**

Daimler Fleetboard is one of the European market leaders in commercial vehicle telematics. Powered by the HERE Platform for Business, the solution provider offers tracking, routing, ETA prediction, driver monitoring and display of customer points of interest and locations of service partners.

**Customer Success: Grab**

Grab is a popular taxi dispatching app serving both passengers and drivers in six countries across Southeast Asia. Available on Android, iOS and Blackberry platforms, the app harnesses the power of the HERE Platform for Business to identify, assign and book the cabs that are closest to the passenger, ensuring that wait times are as short as possible.



9

# 04.
# Lower operational costs with efficient routing



Calculate the best route for your customer and provide them with the competitive edge



While meeting deadlines is essential to success, fleet operators must ensure that happy customers don't reduce business productivity. Effective routing not only provides more accurate ETAs but is also an important tool in reducing fleet costs. Fewer miles traveled translates directly to lower costs from reduced fuel costs and wear-and-tear on the vehicle, while also minimizing driver hours of service.

Traffic-enabled routing provides the best way to complete deliveries in the shortest time possible, while taking toll costs into account can help fleet solution providers calculate the lowest total cost routes.

## By leveraging the HERE Platform as part of your fleet management solutions, you can empower your customers to:

- Plan with greater accuracy by translating custom addresses like pick-up points and drop-off points onto a rich, accurate and comprehensive map.

- Calculate the best route for the truck or delivery van to drive to customer addresses, pick-up points and drop-off points.

- Receive alerts in a timely manner when a mobile asset enters or leaves a predefined geofenced area.

10

As the only platform with key routing efficiency such as isoline routing, customizable geofencing, and toll cost analysis, HERE enables your customers to plan the optimal route based on travel time, fuel costs and road tolls.



**Customer Success: TimoCom**

TimoCom is one of the leading European IT services providers for the transportation industry. TimoCom integrated the HERE Platform into TC eMap, its logistics planning program, to enable customers to make more timely and informed logistics decisions. Robust and enterprise-grade location services from HERE enable TimoCom to offer real-time access to truck and route information, and so optimize decisions about which assets to use, when and where.

Technology features from the HERE Platform that help increase efficiency and lower operational costs in order to add value to your solutions include:

- **Isoline Routing:** Plan for better driver and vehicle allocation by generating areas based on set drive times or distances. Identify the truck, delivery van or service vehicle closest to each new location to reach destinations faster.

- **Toll Cost Extension:** Calculate an accurate estimate of trip costs, taking into account various vehicle profiles and toll systems.

- **Geofence Extension:** Know when moving assets enter or leave a geographic area. Use calculated isoline (drive-time) areas, buffered route corridors, and HERE boundaries (administrative, postal, census) as geofence shapes.

- **Fleet Connectivity Extension:** Enhance communication - and accelerate automated dispatch - by enabling connectivity between the backend system and the navigation application on the driver's handheld device.

# 05.
# Enhance driver experience and safety with onboard features



Every employee needs to know that their safety is a priority in their workplace. This is especially true of fleet drivers, who spend many hours behind the wheel and may also be required to operate heavy or potentially dangerous equipment.

Safety is an important concern for the wider business as well. It can have a significant impact on company reputation, compliance and, ultimately, the bottom line. Fleet operators are increasingly looking to improve safety in real-time in order to stay ahead of these considerations. As well as identifying safety breaches in real-time, they also want to quantify risk over time and use post-trip driver behavior analysis to better train new recruits and dismiss unsafe drivers.

With customizable mobile applications that integrate rerouting, geofencing, and real-time traffic, HERE empowers your customers to analyze driver behavior, mitigate risks, and increase driver retention rates.

## With real-time data capture and access to HERE's historical map and traffic data resources, you can help your customers:

- **Plan for safety** by being aware of slope, height, road geometry, and other information for the route before setting out.
- **Analyze for safety** by identifying speeding violations, other road usage violations, and also violations of company policy.
- **Compare observed driver behaviors** to:
  - » Legal requirements (e.g. posted speed limits)
  - » Road features and conditions (e.g. slope and curvature of the road, weather)
  - » Behaviors of surrounding drivers (e.g. real-time traffic conditions and free-flow speeds)
- Analyze driver behavior data to quantify risk, detect illegal manoeuvres and provide **real-time feedback** (such as alerts or individualized safety scores) to drivers.
- **Match GPS traces** to actual driven street segments and reduce instances of matching to wrong streets. This can then be used as a base for further analysis.
- **Visualize and analyze** the entire fleet, trips, logistics hubs, etc. to aid in overall strategic management.



Analyze and score driver behavior to identify and address potential risks and encourage safe driving

## In addition to making drivers safer, your customers can use our high quality data analytics to improve job satisfaction:

- Empower the driver with **turn-by-turn navigation** to reach destinations on time.
- **Complete offline functionality** ensures access to mapping, search, routing, and guidance in areas with limited network connectivity.
- Deliver **prompt destination updates** during the trip, eliminating the need to manually type in addresses.
- Provide the driver with **greater visibility** into physical, legal, and hazmat restrictions along the route, as well as visual details of the actual locations of loading and unloading docks at the destination.
- Accurately calculate each driver's daily hours of service, including finding parking at the end of day, helping **avoid fines and keep drivers safe.**



Create a full report for each journey and build up an understanding of trends over time

13

# Deliver real-time and historical analytics to enhance safety and driver satisfaction using the following HERE Platform for Business features:

- **Geofence Extension:** Know when moving assets enter or leave a geographic area. Use calculated isoline (drive-time) areas, buffered route corridors, and HERE boundaries (administrative, postal, census) as geofence shapes.
- **HERE Mobile SDK:** Provide true offline usage for reliable always-on coverage, even when the driver is out of phone reception. Access real-time, voice-guided turn-by-turn navigation, and visualize last-minute destination information.
- **Platform Data Extension:** Perform detailed driver-behavior analysis for safety scoring and mitigation.
- **Route Match Extension:** Compute most probable route traversed, enable accurate driver behavior analysis, and detect illegal manoeuvres.
- **Toll Cost Extension:** Validate toll receipts.
- **HERE speed limit and other map and traffic datasets:** Improve safety through real-time feedback and so influence driver safety.

> **Customer Success: Teletrac Navman**
>
> Teletrac Navman developed a safety-focused post-trip analysis product to provide fleet customers with feedback on driver behaviour, in order to monitor and mitigate driver risk. Using multiple HERE technologies, it now provides accurate speed limits and traffic signs to compare against observed driver speeds and behaviour. It was also able to rapidly develop and operate a driver safety product.



## How HERE delivers value to fleet management solution providers:

| | |
|---|---|
| Differentiate from the competition | ✓ Expand your capabilities.<br>✓ Higher quality maps; truck attributes and routing. |
| Build enterprise-grade products | ✓ Enterprise-grade features, performance and support.<br>✓ Global scale and reliability. |
| Develop with ease and flexibility | ✓ Modular Platform APIs or content, self-hosted option available.<br>✓ Agnostic location experiences acrass devices and operating systems. |
| Ease of doing business | ✓ Flexible licensing models, designed to help you grow your business rapidly.<br>✓ Unmatched technical and customer support. |
| A partner to grow with | ✓ Leading independant pure-play global location services provider.<br>✓ Innovative road map with a focus on mobile asset management businesses.<br>✓ Global leader in connected, highly automated and autonomous driving. |





### About HERE Technologies

HERE Technologies, the Open Location Platform company, enables people, enterprises and cities to harness the power of location. By making sense of the world through the lens of location we empower our customers to achieve better outcomes – from helping a city manage its infrastructure or an enterprise optimize its assets to guiding drivers to their destination safely. To learn more about HERE, including our new generation of cloud-based location platform services, visit http://360.here.com and www.here.com.

Speed limits may include posted, conditional, variable, and truck-specific limits.

Learn more about how HERE can help you deliver innovative, future-ready Fleet Management solutions today.

Visit here.com/en/industries/asset-management-logistics/fleet-management

Or request a demo: engage.here.com/fleet-management-solutions-request-demo?_ga=1.227698142.2145210165.1481135288

© 2017 HERE    15