IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS MOBILITY, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>HERE INTERNATIONAL, INC.,<br>HERE NORTH AMERICA, LLC, AND<br>HERE HOLDINGS CORPORATION.,<br><br>    *Defendant*(s). | Case No. 1:20-cv-752<br><br>PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT<br><br><br>JURY TRIAL DEMANDED |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff Aegis Mobility, Inc. ("Aegis" or Plaintiff), states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2020        Respectfully submitted,

                */s/ James M. Lennon*
                James M. Lennon (No. 4570)
                1526 Gilpin Avenue
                Wilmington, De 19806
                (302) 449-9010
                jlennon@devlinlawfirm.com

                KIRK. J. ANDERSON (CA SBN 289043)
                *(Pro Hac Vice forthcoming)*
                kanderson@budolaw.com
                BUDO LAW P.C.
                5610 Ward Rd., Suite #300
                Arvada, CO 80002
                (720) 225-9440 (Phone)
                (720) 225-9331 (Fax)

                **Attorney(s) for Plaintiff Aegis Mobility, Inc.**

PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT